IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **SANDY RUMBLE, d/b/a BRITANNICA CHAUFFEURS SERVICES,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:05-CV-133 (WDO) |
| | : | |
| **ROBERT WATERHOUSE, et al.,** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

This matter is HEREBY REFERRED to Magistrate Judge Claude Hicks for mediation for the purposes of settling the issues involved herein. The case is otherwise STAYED for a period of six months based on parallel state court criminal and civil proceedings. The attorneys are ORDERED to update the Court at the end of the 6-month period regarding the status of the underlying state court proceedings.

SO ORDERED this 16th day of November, 2005.

S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**