IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **SANDY RUMBLE, d/b/a BRITANNICA CHAUFFEURS SERVICES,** | : : : | |
| **Plaintiff** | : : | |
| v. | : : | 5:05-CV-133 (WDO) |
| **ROBERT WATERHOUSE, et al.,** | : : | |
| **Defendants** | : | |

## ORDER

With due consideration to the Plaintiff's motion to reconsider the Court's stay of this matter pending the outcome of mediation and other related cases, the Motion to Reconsider is DENIED. Should mediation efforts fail, the Court will immediately take the pending motions under advisement and schedule a status conference to determine the status of the related state court proceedings.

    **SO ORDERED this 18th day of November, 2005.**


    **S/Wilbur D. Owens, Jr.**
    **WILBUR D. OWENS, JR.**
    **UNITED STATES DISTRICT JUDGE**