IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SANDY RUMBLE,<br>    Plaintiff | :<br>:<br>: |
| v. | :   5:05-CV-133(WDO) |
| ROBERT WATERHOUSE, et al.,<br>    Defendants | :<br>:<br>: |

**ORDER**

This matter is before the Court on Defendants' motion to continue the stay in this case based on the ongoing related matters with various State entities. Although the Court has carefully considered Plaintiffs' arguments against a further stay, the Court finds that a continuance of the stay is warranted because (1) the Consent Order that has been entered in the State court demonstrates the State's intention to permit the proposed plaintiff class to recover a significant portion of the funds they seek in this action in the State courts and/or through the various State entities involved and (2) the Defendants have presented evidence of an *ongoing* criminal investigation by various State entities. Defendants anticipate the various State matters will conclude by January 2007 and Plaintiffs have produced no evidence to the contrary. The matter is therefore STAYED until February 1, 2007. Defendants are reminded of their continuing duty to regularly update the Court on the status of the State criminal, civil and administrative proceedings.

**SO ORDERED this 25th day of October, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**