IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SANDY RUMBLE, et al., | |
| Plaintiffs | |
| v. | 5:05-CV-133 (WDO) |
| ROBERT WATERHOUSE, et al., | |
| Defendants | |

### ORDER

The stay in this case is hereby lifted. However, due to the nature of the matters that have been ongoing in the parallel state court litigation and investigations, and the developments that would have occurred pertaining thereto, all motions in this case are DISMISSED WITHOUT PREJUDICE to the parties' rights to refile all motions based on any new legal or factual developments that have arisen. Said motions shall be filed within 30 days of the date of this order.

SO ORDERED this _____3rd_____ day of May, 2007.

_____
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**