## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

```
SANDY RUMBLE, d/b/a BRITANNICA    *
CHAUFFEUR SERVICES, individually  *
and on behalf of all others       *
similarly situated,               *
                                  *
     Plaintiff                    *
                                  * Case Number 5:05-CV-133 (WDO)
vs.                               *
                                  *
ROBERT WATERHOUSE, et al.,        *
                                  *
     Defendants                   *
```

### **J U D G M E N T**

Pursuant to this Court's Order dated August 30, 2007, and for the reasons stated therein, JUDGMENT is hereby entered in favor of defendants Contractors Bonding Limited and Nicolaas Francken. The claims against defendants Robert Waterhouse, Godfrey Waterhouse, Phoenix Brokers and Mainstreet Brokerage are hereby dismissed pursuant to the notice of voluntary dismissal filed by plaintiff at tab 128.

This 11th day of September, 2007.

                                        Gregory J. Leonard, Clerk

                                        s/ Denise C. Partee
                                        Deputy Clerk